LATHAM & WATKINS LLP
　　Daniel M. Wall (Cal. Bar No. 102580)
　　Timothy L. O'Mara (Cal. Bar No. 212731)
　　Kirsten M. Ferguson (Cal. Bar No. 252781)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095
Email: Dan.Wall@lw.com
Email: Tim.Omara@lw.com
Email: Kirsten.Ferguson@lw.com

ROBINSON BRADSHAW & HINSON
　　Nathan C. Chase, Jr. (Cal. Bar No. 247526)
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246
Telephone: 704.377.2536
Facsimile: 704.373.3937
Email: NChase@rbh.com

*Attorneys for Defendants Charlotte Pipe and Foundry Company and Randolph Holding Company, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| A&S LIQUIDATING INC., on behalf of itself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AB&I FOUNDRY, TYLER PIPE COMPANY, MCWANE, INC., CHARLOTTE PIPE AND FOUNDRY COMPANY, and RANDOLPH HOLDING COMPANY,<br><br>　　　　Defendants. | CASE NO. 13-cv-04568-EMC<br>(and all related cases)<br><br>**[PROPOSED] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE AND DEADLINES UNDER FEDERAL RULE OF CIVIL PROCEDURE 26, AND EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINTS**<br><br>**[CIVIL LOCAL RULES 6-2 & 6-1]**<br><br>Courtroom: 5, 17th Floor<br>The Honorable Edward M. Chen |

[Caption continued on next page.]

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER
CASE NOS 13-CV-04568-EMC & 13-CV-04792-EMC

Case 1:14-cv-00106-HSM-CHS Document 11 Filed 12/19/13 Page 1 of 2 PageID #: 111

| | |
|---|---|
| LAS VEGAS SUPPLY, INC., on behalf of itself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>AB&I FOUNDRY, TYLER PIPE COMPANY, MCWANE, INC., CHARLOTTE PIPE AND FOUNDRY COMPANY, and RANDOLPH HOLDING COMPANY,<br><br>　　　　　　Defendants. | CASE NO. 13-cv-04792-EMC<br><br>[Related Case] |

# [~~PROPOSED~~] ORDER

Based on the Parties' Stipulation, and good cause appearing, IT IS HEREBY ORDERED THAT:

1. The CMC is continued, ~~based on the Court's availability, until at least forty-~~five ~~(45) days after the JPML resolves the MDL Motion~~. to 6/19/14 at 9:00 a.m.

2. The Parties' meet-and-confer deadline pursuant to Rule 26(f) is continued until 21 days after the JPML resolves the MDL Motion.

3. The deadline for the Parties' Rule 26(f) report and initial disclosures is continued until fourteen (14) days after the Parties' Rule 26(f) conference has concluded.

4. The time for Defendants to answer or otherwise respond to the Complaint is extended to twenty-one (21) days after (a) Plaintiffs' file a consolidated complaint, or (b) if the JPML denies the MDL Motion and this Court does not consolidate these related cases, twenty-one (21) days after this Court denies the motions to consolidate.

Dated: 12/19/13

IT IS SO ORDERED AS MODIFIED

*Judge Edward M. Chen*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER
CASE NOS 13-CV-04568-EMC & 13-CV-04792-EMC

1

Case 1:14-cv-00106-HSM-CHS   Document 11   Filed 12/19/13   Page 2 of 2   PageID #: 112