# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

FILED

CLERK'S OFFICE
United States District Court
Eastern District of Tennessee
Date: *Feb 27, 2014, 2:08 pm*

**IN RE: CAST IRON SOIL PIPE AND FITTINGS
ANTITRUST LITIGATION**

MDL No. 2508

## (SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO −1)

On February 18, 2014, the Panel transferred 4 civil action(s) to the United States District Court for the Eastern District of Tennessee for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* _F.Supp.2d_ (J.P.M.L. 2014). Since that time, no additional action(s) have been transferred to the Eastern District of Tennessee. With the consent of that court, all such actions have been assigned to the Honorable Harry S Mattice.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Tennessee and assigned to Judge Mattice.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Eastern District of Tennessee for the reasons stated in the order of February 18, 2014, and, with the consent of that court, assigned to the Honorable Harry S Mattice.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Tennessee. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

Feb 27, 2014

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**CERTIFIED COPY**
**I, Debra C. Poplin, Clerk of Court,**
**certify that the attached is a true**
**and full copy of the original.**
**By:** *Jaci McLemore* **Deputy Clerk**

**IN RE: CAST IRON SOIL PIPE AND FITTINGS**
**ANTITRUST LITIGATION**                                    MDL No. 2508

### SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| | | | |
| **CALIFORNIA NORTHERN** | | | |
| | | | |
| CAN | 3 | 13−05114 | Security Supply Corporation v. McWane, Inc. et al |
| CAN | 3 | 13−05152 | Adkins v. ABIFoundry et al |
| CAN | 3 | 13−05217 | Lundmark v. ABJFoundry et al |
| CAN | 3 | 13−05310 | Mountainland Supply, LLC et al v. ABIFoundry et al |
| CAN | 3 | 13−05316 | Coastal Plumbing Supply Company, Inc. v. McWane, Inc. et al |
| CAN | 3 | 13−05707 | A &G Professional Plumbing Services Inc v. ABIFoundry et al |
| CAN | 3 | 14−00155 | Eastway Supplies, Inc. v. ABIFoundry et al |
| CAN | 3 | 14−00265 | Hi Line Supply Company Ltd. v. ABIFoundry et al |
| | | | |
| **FLORIDA NORTHERN** | | | |
| | | | |
| FLN | 4 | 13−00645 | STEGE CONTRACTING CORP. v. ABIFOUNDRY et al |